UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-232-1F(4)
NO. 5:15-CR-232-2F(4)

IN RE:                      :

FOUR COUNT INDICTMENT     :    ORDER TO SEAL INDICTMENT
INDICTMENT OF AUGUST 19, 2015  :

Upon the amended motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on 19 Aug. 2015, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney's Office and United States Probation Office.

It is FURTHER ORDERED that this matter will be unsealed upon Motion of the United States Attorney's Office.

This the 19 day of August, 2015.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE