IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-232-F-1
NO. 5:15-CR-232-F-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **REASSIGNMENT ORDER** |
| | ) | |
| GREGORY DUSTIN GOULDMAN | ) | |
| JASON DEAN | ) | |
| Defendants. | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the above captioned cases are reassigned to the Honorable James C. Dever III, Chief United States District Judge, for all further proceedings. **All future documents should reflect the revised case numbers of 5:15-CR-232-D-1 and 5:15-CR-232-D-2.**

This 25th day of August, 2015.

for CLERK OF COURT